# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DAVID VALENTINE** | **INITIAL APPEARANCE**<br>on Rule 5 Hearing<br><br>CASE NUMBER **24-MJ-476** |

HONORABLE STEPHEN C. DRIES, presiding　　Court Reporter: Liberty
Deputy Clerk: Tony Byal　　Hearing Began: 3:31 PM
Hearing Held: August 22, 2024 at 3:30 PM　　Hearing Ended: 3:38 PM

**Appearances:**
UNITED STATES OF AMERICA by: William Roach
DAVID VALENTINE, in person, and by: Julie Linnen, Alexandra Douglas　　☐ CJA ☒ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☒ None ☐ Sworn

☐ Defendant consents to proceed via video
☒ Defendant advised of rights
☐ Court orders counsel appointed
　☐ Defendant to reimburse at $ Amount per month
☒ Defendant advised of charges, penalties and fines

☒ Defendant waives right to an identity hearing and reserves right to preliminary hearing
☐ Defendant to be transported by the U.S. Marshal to District of Columbia
☒ Defendant to be released on O/R bond to appear in District of Columbia on **September 5, 2024 at 12:30 PM ET via Zoom**

Count 1: 5 years imprisonment, 3 years SR, $250,000 fine, $100 SA
Count 2: 1 year imprisonment, 5 years SR, $100,000 fine, $25 SA
Count 3: 1 year imprisonment, 5 years SR, $100,000 fine, $25 SA
Count 4: 6 months imprisonment, 5 years SR, $5,000 fine, $10 SA

Government and defense do not oppose release defendant on proposed conditions of release.

Court orders defendant released on O/R Bond and directed to appear in District of Columbia on September 5, 2024 at 12:30 PM ET via Zoom